**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | 12/22/2020 |
| **Bankruptcy Case No.** | 20-18169 | **Adversary No.** | |

**Title of Case**: Jesse Wallace

**Brief Statement of Motion**: Order Modifying the Chapter 13 Plan

**Names and Addresses of moving counsel**:
Matthew C. Baysinger, Attorney at the Law Offices of Matthew Baysinger
1900 W. 75th Street
Woodridge, IL 60517

**Representing**: Debtor

## ORDER

It is hereby ordered that Part 7.1 of the Plan at Docket #26 is modified to uncheck the box that vest property of the estate upon entry of discharge and to check the box that vest property of the estate upon plan confirmation.

*/s/ Carol Doyle*

6/11/99